476 A.2d 983

Oswald, Appellant, v. Pyron.

Reargument Denied July 10, 1984.

Petition for Allowance of Appeal
Denied Nov. 15, 1984.

Argued February 9, 1984. Charles S. Morrow, for appellant; Melvin L. Moser, Jr., for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

The judgment is affirmed.